Tyrone HURT, Plaintiff-Appellant,

v.

NATIONAL MUSEUM OF AFRICAN-AMERICAN HISTORY AND CULTURE; Smithsonian, Defendants-Appellees.

No. 17-1716

United States Court of Appeals,
Fourth Circuit.

Submitted: August 7, 2017

Decided: August 17, 2017

Tyrone Hurt, Appellant Pro Se.

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Hurt appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Hurt v. Nat'l Museum of African-Am. History and Culture*, No. 5:17-cv-00097-H (E.D.N.C. May 30, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*